1

2

3

4

5

6

7               UNITED STATES DISTRICT COURT

8               CENTRAL DISTRICT OF CALIFORNIA

9

10   CHRISTOPHER LEE OATEY,            )   No. CV 11-8590 DDP (FFM))
                                       )
11                  Petitioner,        )   ORDER ACCEPTING FINDINGS,
                                       )   CONCLUSIONS AND
12       v.                            )   RECOMMENDATIONS OF
                                       )   UNITED STATES MAGISTRATE JUDGE
13   DANIEL PARAMO, Warden,            )
                                       )
14                  Respondent.        )
                                       )
15

16       Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire record in this

17   action, the attached Report and Recommendation of United States Magistrate Judge

18   ("Report"), and the objections thereto.  Good cause appearing, the Court concurs with

19   and accepts the findings of fact, conclusions of law, and recommendations contained in

20   the Report after having made a de novo determination of the portions to which

21   objections were directed.

22       IT IS ORDERED that judgment be entered dismissing the Petition on the merits

23   with prejudice.

24

25   DATED:  September 5, 2013

26

27                                         _____
                                           DEAN D. PREGERSON
28                                         United States District Judge