1
2
3
4
5
6
7                          UNITED STATES DISTRICT COURT

8                         CENTRAL DISTRICT OF CALIFORNIA

9

10   CHRISTOPHER LEE OATEY,          )   No. CV 11-8590 DDP (FFM)
                                      )
11                  Petitioner,       )
                                      )   JUDGMENT
12        v.                          )
                                      )
13   DANIEL PARAMO, Warden,           )
                                      )
14                  Respondent.       )
     ─────────────────────────────    )
15

16        Pursuant to the Order Accepting Findings, Conclusions and Recommendations of

17   United States Magistrate Judge,

18        IT IS ADJUDGED that the Petition is dismissed with prejudice.

19

20   DATED:  September 5, 2013

21

22

23                                            DEAN D. PREGERSON
                                              United States District Judge
24

25

26

27

28